## Commonwealth *v.* Daron, Appellant.

Submitted March 8, 1971. *Frederick W. Andrews,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Davis, Appellant.

Submitted March 15, 1971. *Lee Mandell,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.